## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-02105-DOC (JDEx) | Date | January 30, 2026 |
|---|---|---|---|
| Title | Glaukos Corporation v. Long Doan, et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**      (In Chambers) Order Denying Amended Stipulated Proposed Protective Order [Dkt. 69]

On January 26, 2026, the Parties submitted a Stipulation and Proposed Protective Order governing the handling of certain designated materials during discovery in the action. Dkt. 65 ("Proposed Protective Order"). On January 28, 2026, the Court, after considering the Proposed Protective Order, granted it, in part, removing portions that were not supported by an appropriate showing or were otherwise not supported by good cause for controlling discovery. Dkt. 67 ("Order'"). The next day, the Parties submitted an Amended Stipulation and Proposed Protective Order with the provisions that the Court had previously removed from the Proposed Protective Order and adding an additional Exhibit. Dkt. 69 ("Amended Stipulation").

The Amended Stipulation, by re-inserting provisions that the Court had removed from the prior Proposed Protective Order, is an improper attempt to seek reconsideration of the Court's Order, without any supporting basis for such reconsideration under Local Civil Rule 7-18.

As such, the Amended Stipulation (Dkt. 69) is DENIED.

To the extent the Parties wish to affix a mutually agreeable "Exhibit" to reflect the acknowledgement and agreement of non-parties to be bound by the Order, they may do so without further Court approval. The proposed "Exhibit" attached to the Amended Stipulation (Dkt. 69-1) appears acceptable.

IT IS SO ORDERED.

| Initials of Courtroom Deputy | ARO |
|---|---|