# EXHIBIT B

7:00 5G

## $10,812.50 sent

"Spyglass Friends"

We'll let David Burtt know.

Done